UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporation, et al.

*Plaintiff*

v.

Blackbaud, Inc., et al.

*Defendant*

Civil Action No. 2:24-cv-3993

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Blackbaud, Inc. , is a non-governmental corporation and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

BlackRock, Inc., owns more than 10% of this party's stock.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Michael T. Hensley
Signature of Attorney

180 Park Avenue, Suite 106
Address

Florham Park, NJ 07932
City/State/Zip

March 19, 2024
Date