UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATE, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Case No. 2:24-cv-3993 (EP)(MAH)<br><br>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which Defendant Blackbaud, Inc., may answer, move, or otherwise reply to the Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained.
2. The current deadline for Defendants to respond to the Complaint is March 26, 2024; and
3. Defendants hereby request that their time to answer, move or otherwise respond to the Complaint be extended by fourteen (14) days to April 9, 2024.

Dated: March 21, 2024

By:    */s/ Michael T. Hensley*
Michael T. Hensley, Esq.
CARLTON FIELDS, P.A.
180 Park Avenue, Suite 106
Florham Park, NJ 07932
*Attorneys for Defendant*
Blackbaud, Inc.