UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATE, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>                Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities<br><br>                Defendants. | Case No. 2:24-cv-3993 (EP)(MAH)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Michael T. Hensley, Esq., a Shareholder of the firm Carlton Fields, P.A., 180 Park Avenue, Suite 106, Florham Park, New Jersey 07932, hereby enters his appearance in the above-captioned matter as counsel for Defendant, Blackbaud, Inc., and requests that copies of all notices, pleadings and other papers in this matter be served upon him and adding attorney Michael T. Hensley, Esq. to your mailing list.

Respectfully Submitted,
**CARLTON FIELDS, P.A.**
*Attorneys for Defendant*
*Blackbaud, Inc.*

By:   */s/ Michael T. Hensley*
      Michael T. Hensley, Esq.

Dated:  March 21, 2024