**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>BLACKBAUD, INC., ET AL.<br><br>   *Defendants.* | Civil Action No. 2:24-cv-03993 |

**CERTIFICATION OF JORKEELL ECHEVERRIA IN SUPPORT OF CORRI A. HOPKINS' APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Jorkeell Echeverria, hereby certify as follows:

1. I am an Associate with the law firm Carlton Fields, P.A., and I am licensed to practice in the State of New Jersey and before this Court.

2. I submit this Certification in support of Corri A. Hopkins' application for admission *pro hac vice* in the above-captioned matter pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey on behalf of Defendant Blackbaud, Inc., in the above-captioned case.

3. On March 28, 2024, Plaintiffs' counsel indicated they would not object to Ms. Hopkins' application for admission *pro hac vice*.

4. I was admitted to practice in the District of New Jersey on September 11, 2015. I am in good standing in this jurisdiction.

135527303.1

5. I respectfully submit that there is good cause for the admission of Corri A. Hopkins *pro hac vice* because she is fully familiar with the facts and circumstances of this action, and she has represented Blackbaud, Inc., for several years.

6. Ms. Hopkins is eligible for admission to this Court. She is admitted to practice in the State of North Carolina and before the United States Courts of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina.

7. There are no disciplinary proceedings pending or disciplinary action imposed against Ms. Hopkins as a member of the bar in any jurisdiction.

8. Ms. Hopkins is an attorney at Parker Poe Adams & Bernstein, LLP, with its North Carolina offices located in the PNC Building at 301 Fayetteville Street, Suite 1400, Raleigh, North Carolina, 27601, and in the Bank of America building at 620 South Tryon Street, Suite 800, Charlotte, North Carolina 28202.

9. I have acquired a copy of the Local Rules of the United States District Court for the District of New Jersey, and I am generally familiar with those rules. I shall abide by all applicable rules of this Court, including all disciplinary rules, as a continuing condition of admission.

10. I agree to act as local counsel in the above-captioned matter. Myself or Michael T. Hensley shall sign all pleadings, briefs, and other documents filed with this Court.

11. I respectfully request that this Court enter an order permitting Corri A. Hopkins to appear *pro hac vice* in this proceeding and granting such other relief

135527303.1

as is just and proper.

12. I hereby certify that the foregoing statements are true and correct.

Dated: April 2, 2024

s/Jorkeell Echeverria<br>
Jorkeell Echeverria