```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

   RE:  ATLAS DATA PRIVACY CORPORATION, et al.
        v. BLACKBAUD, INC., et al.
        CIVIL ACTION NO.: 24-cv-3993

## IMPORTANT NOTICE

Please be advised that a telephone conference is scheduled for **April 8, 2024, at 2:30 p.m. (EST)** before The Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

        Call-in Number:    888-808-6929
        Access Code:       3900998

                              /s/ S. Renz
                              S. Renz
                              Judicial Assistant to
                              The Honorable Harvey Bartle III
                              215-597-2693

DATED: April 3, 2024