**CARLTON FIELDS**

ATTORNEYS AT LAW

180 Park Avenue | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
**Florham Park**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael T. Hensley
Shareholder
973.828.2613
mhensley@carltonfields.com

April 4, 2024

**VIA ECF**

The Honorable Harvey Bartle, III, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**    *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.,*
              **Civil Action No. 2:24-cv-3993**

Dear Judge Bartle:

      This firm represents Defendant Blackbaud, Inc. ("Blackbaud") in the above referenced matter. Pursuant to Local Rule 6.1, we write to respectfully request a short fourteen-day extension of Tuesday, April 9, 2024's deadline for Blackbaud to answer, move, or otherwise respond to Plaintiff's Complaint in the above referenced action. Plaintiff consents to this request. This request, if granted, would extend the deadline to answer, move, or otherwise respond to Plaintiff's Complaint to Tuesday, April 23, 2024. No other deadlines are affected. Blackbaud has already utilized the 14 day clerk's extension, but has not requested any extension other than the instant application.

      If this request is amenable to the Court, we respectfully request that Your Honor "So Order" this letter and enter it on the docket. We thank the Court for the time and attention to this matter.

                                      Respectfully submitted,

                                      */s/ Michael T. Hensley*

                                      Michael T. Hensley

cc: All Counsel of Record (via ECF)

135527256.1

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.