**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**NEWARK OFFICE:**  **DATE OF PROCEEDINGS:** 4/8/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:**

**OTHERS:**  **DOCKET NO:** Civ. #24-3993

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP., ET AL.
    vs.
BLACKBAUD, INC., ET AL.

**APPEARANCES:**
Rajiv D. Parikh, Esq. (PEM LAW LLP) for pltfs.
Adam Shaw, Esq.
John Yanchunnis, Esq.
Ryan McGee, Esq.
Michael Hensley, Esq. (CARLTON FIELDS) for deft. Blackbaud, Inc.
Jorkeell Echeverria, Esq. (CARLTON FIELDS) for deft. Blackbaud, Inc.
Sarah Hutchins, Esq.
Corri Hopkins, Esq.

**NATURE OF PROCEEDINGS:**

Telephonic Status Conference Held

                        s/Nicole Spicer
                          Deputy Clerk

Time Commenced:  2:30 PM     Time Adjourned:  2:40 PM