UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BLACKBAUD, INC., ET AL.<br><br>*Defendants.* | Civil Action No. 2:24-cv-03993 |

# ORDER FOR ADMISSION *PRO HAC VICE*

This matter having been brought before this Court on an application for an Order for Admission *Pro Hac Vice*; and this Court having reviewed the moving papers of the applicant, Corri A. Hopkins, and considered this matter pursuant to Fed. R. Civ. Proc.78, and L. Civ. R. 101.1, and good cause having been shown; it is

**ORDERED** that Corri A. Hopkins be permitted to appear *pro hac vice*; provided that pursuant to Local Civil Rule 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file paper, enter appearances for parties, sign stipulations, or sign and receive payment on judgments, decrees or orders; and it is further

**ORDERED** that Corri A. Hopkins make all required payments to the New

135527303.1

Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which Corri A. Hopkins continues to represent Defendant Blackbaud, Inc., before this Court; and it is further

**ORDERED** that Corri A. Hopkins shall pay the $250.00 fee required by D.N.J. Local Civil Rule 101(c)(3) for *pro hac vice* admission to the Clerk, United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five days of its date of entry.

Date:  April 10, 2024

                                                **So Ordered**

*Harvey Bartle III*