IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY       : CIVIL ACTION
CORPORATION, ET AL.      :
                         : NO.: 24-CV-03993
    V.                   :
                         :
BLACKBAUD, INC., ET AL.  :

ORDER

AND NOW, this 11th day of April, 2024, it is hereby ORDERED that the Order of this Court granting Motion for Leave for Corri A. Hopkins to Appear Pro Hac Vice (ECF#: 19) is hereby VACATED.

BY THE COURT:

*Harvey Bartle* *J.*