# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION as assignee of individuals who are Covered Persons, JANE DOE-1, law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs<br><br>    v.<br><br>BLACKBAUD, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | Civil Action No. 1:24-cv-3993 (HB)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

    Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

    1. An Order of the Court granting the application to appear *pro hac vice* in the within matter has been entered for the pro hac vice attorney, ECF Document Number 19; and

    2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1 (c)(3), will be paid to the Clerk of Court.

                                                            */s/ Jorkeell Echeverria*
                                                            Jorkeell Echeverria

Dated: April 17, 2024

135648877.1

### *PRO HAC VICE* ATTORNEY INFORMATION

Name:         **Sarah Fulton Hutchins, Esq.**
Address:     Parker Poe Adams & Bernstein, LLP
                    620 South Tryon Street, Suite 800
                    Charlotte, NJ 28202
Telephone: 704.335.6639
Email:         sarahhutchins@parkerpoe.com

135648877.1