IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLACKBAUD, INC., <br><br> Defendants | CIVIL ACTION NO. 1:24-CV-3993-HB <br><br> Judge: Hon. Harvey Bartle III <br><br> **PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN J. MCGEE** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiffs, and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of RYAN J. MCGEE, attorney at Morgan and Morgan, to serve as co-counsel to Plaintiffs.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. McGees' Certification and a proposed order are submitted herewith

Dated April 17, 2024

By:   <u>*s/ Rajiv D. Parikh*</u><br>
Rajiv D. Parikh<br>
1 Boland Drive, Suite 101<br>
West Orange, NJ 07052<br>
Telephone: 973-577-5500<br>
Email: rparikh@pemlawfirm.com