# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>Defendants | CIVIL ACTION NO. 1:24-CV-3993-HB<br><br>Judge: Hon. Harvey Bartle III<br><br>**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN J. MCGEE** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiffs, and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of RYAN J. MCGEE, attorney at Morgan and Morgan, to serve as co-counsel to Plaintiffs.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. McGees' Certification and a proposed order are submitted herewith

Dated May 3, 2024

By:  *s/ Rajiv D. Parikh*
   Rajiv D. Parikh
   1 Boland Drive, Suite 101
   West Orange, NJ 07052
   Telephone: 973-577-5500
   Email: rparikh@pemlawfirm.com
