UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 5/072024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell    **DOCKET #** CV 24-3993 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
    v.
        BLACKBAUD, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

Time commenced: 2:00 PM          Time Adjourned: 2:02 PM

Total: 2 min.

                                              s/ *David Bruey*
                                              **DEPUTY CLERK**