

**Sarah Fulton Hutchins**
*Partner*
t: 704.335.6639
f: 704.334.4706
sarahhutchins@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC
Washington, DC

May 13, 2024

<u>Via ECF</u>

The Honorable Harvey Bartle, III, U.S.D.J.
United States District Court for the Eastern
District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  **Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al., 1:24cv03993**

Dear Judge Bartle:

Parker Poe and Carlton Fields represent Defendant Blackbaud, Inc., ("Blackbaud") in the above-captioned case.  Consistent with the instructions in the May 7, 2024, status conference in the *Atlas* matters, Blackbaud respectfully submits the following jurisdictional discovery document requests to the Court for consideration:

- Each of the Assignment Confirmations for each of the Defendants; or

- In the alternative, a table setting forth the dates that the Assignment Confirmations were received by each alleged assignor with respect to each named defendant.

Blackbaud believes that the information sought by the above discovery requests is imperative to assessing the Court's diversity jurisdiction complete diversity above-mentioned information.  Counsel for Blackbaud and Plaintiffs conferred this morning and Plaintiffs' counsel is presently considering this request.  At this point in time, the parties are hopeful that they will be able to reach a consensus on this additional request.

Sincerely,

Sarah Fulton Hutchins

*/s/ Michael T. Hensley*
Michael T. Hensley, Esq.
**Carlton Fields, P.A.**

The Honorable Harvey Bartle, III, U.S.D.J.
May 13, 2024
Page 2

cc:     Rajiv D. Parikh
        John Yanchunnis
        Ryan McGee
        Michael T. Hensley

135870740.1