# EXHIBIT B

**CARLTON FIELDS**
Michael T. Hensley (031952001)
Jorkeell Echeverria (117122014)
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel: 973.828.2613
Fax: 212.430.5501
MHensley@carltonfields.com
JEcheverria@carltonfields.com

*Attorneys for Defendant*
*Blackbaud, Inc.*

**PARKER POE ADAMS & BERNSTEIN LLP**
Sarah F. Hutchins (*pro hac vice* to be filed)
Corri A. Hopkins (*pro hac vice* to be filed)
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Tel: 704.335.6639
sarahhutchins@parkerpoe.com
corrihopkins@parkerpoe.com

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>          *Plaintiffs,*<br><br>     v.<br><br>BLACKBAUD, INC., ET AL.<br><br>          *Defendants.* | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - MORRIS COUNTY DOCKET NO. MRS-L-000243-24<br><br>          Civil Action<br><br>**NOTICE OF FILING OF REMOVAL** |

**TO:**    Clerk, Superior Court of New Jersey
         Morris County Superior Court
         Hall of Records Administration Building
         10 Court Street
         P.O. Box 315
         Morristown, NJ 07963-0315

     Rajiv D. Parikh
     Kathleen Barnett Einhorn
     Genova Burns LLC
     494 Broad Street
     Newark, New Jersey 07102
     *Attorneys for Plaintiffs*

     John A. Yanchunis (*pro hac vice* to be filed)
     Morgan & Morgan
     201 N. Franklin Street, 7th Floor
     Tampa, Florida 33602
     *Attorneys for Plaintiffs*

135409399.1

**YOU ARE HEREBY NOTIFIED** that on March 19, 2024, Defendant Blackbaud, Inc. ("Blackbaud") caused to be filed in the United States District Court for the District of New Jersey, Newark Vicinage, a Notice of Removal, removing the above-styled action from the Superior Court of New Jersey, Law Division of Morris County, New Jersey, to the United States Court for the District of New Jersey, Newark Vicinage.  A copy of the Notice of Removal is attached hereto as **Exhibit A**. The filing of this Notice with the Clerk of Superior Court of Morris County effected immediate removal of this action to the United States District Court for the District of New Jersey, Newark Vicinage.

**PLEASE TAKE FURTHER NOTICE** that this Notice of that filing is given pursuant to 28 U.S.C. § 1446(d).

CARLTON FIELDS
*Attorneys for Defendant Blackbaud, Inc.*

By: s/Michael T. Hensley

Dated: March 19, 2024

2