**CARLTON FIELDS**

ATTORNEYS AT LAW

180 Park Avenue | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
**Florham Park**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael T. Hensley
Shareholder
973.828.2613
mhensley@carltonfields.com

May 16, 2024

**VIA ECF**
Clerk
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*,
              **Civil Action No. 1:24-cv-3993**

Dear Sir/Madam:

    This firm represents Defendant Blackbaud, Inc. ("Blackbaud") in the above referenced matter. Per the Clerk's direction, this letter shall serve a request for a refund of $405.00 for filing an Amended Notice of Removal on May 13, 2024. Attached as Exhibit A please see receipts filing the removal on March 19, 2024 and the duplicative fee on May 13, 2024.

    We thank the Court for the time and attention to this matter.

                                     Respectfully submitted,

                                     */s/ Michael T. Hensley*

                                   Michael T. Hensley

cc: All Counsel of Record (via ECF)

135888832.1

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.