UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORP. et al | Civil Action No. 1:24-cv-03993-HB |
| Plaintiff(s) | |
| v. | **CLERK'S ORDER** |
| BLACKBAUD, INC. et al | |
| Defendant(s) | |

This matter having come before the Court upon the filing of a Notice of Removal, filed on March 19, 2024 by Michael T. Hensley, counsel for the defendant in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐ a. An overpayment has been made by the filer; **OR**

☐ b. A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☒ c. A duplicate, identical a Notice of Removal was filed more than once by the same attorney or the same law firm; **OR**

☐ d. This filing does not require a filing fee; and for good cause shown;

IT IS on this 16th day of May 2024,

**ORDERED THAT**, the sum of $405.00 is refunded through Pay.gov.

MELISSA E. RHOADS, CLERK

By: *Melissa Connolly*
Melissa Connolly, Management Analyst