**CARLTON FIELDS**

ATTORNEYS AT LAW

180 Park Avenue | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
**Florham Park**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael T. Hensley
Shareholder
973.828.2613
mhensley@carltonfields.com

June 10, 2024

<u>**VIA ECF**</u>
The Honorable Harvey Bartle, III
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: <u>***Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.***,</u>
       **Civil Action No. 1:24-cv-3993**

Dear Judge Bartle:

  Along with Sarah F. Hutchins and Corri A. Hopkins of the law firm Parker Poe Adams & Bernstein LLP, this firm represents Defendant Blackbaud, Inc. ("Blackbaud") in the above referenced matter. We write to inform the Court that Blackbaud will join the Defendants' Consolidated Motion to Dismiss, which will be filed today in the matter captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105 (hereinafter the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Blackbaud respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

              Respectfully submitted,

              */s/ Michael T. Hensley*

              Michael T. Hensley

cc: All Counsel of Record (via ECF)

136083332.1

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.