**CARLTON FIELDS**

ATTORNEYS AT LAW

180 Park Avenue | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
**Florham Park**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Jorkeell Echeverria
Associate
973.828.2613
jecheverria@carltonfields.com

September 9, 2024

**VIA ECF**

The Honorable Harvey Bartle, III
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*,
      **Civil Action No. 1:24-cv-3993**

Dear Judge Bartle:

Along with Sarah F. Hutchins and Corri A. Hopkins of the law firm Parker Poe Adams & Bernstein LLP, this firm represents Defendant Blackbaud, Inc. ("Blackbaud") in the above referenced matter. We write to inform the Court that Blackbaud will join the Defendants' Consolidated Brief in Opposition to Plaintiffs' Motion for Remand, which will be filed today in the matter captioned *Atlas Data Privacy Corporation, et al. v. Carco Group Inc.*, et al., Civil Action No. 24-04077-HB (hereinafter the "Consolidated Opposition Brief"). For the reasons set forth in the Consolidated Brief, Blackbaud respectfully requests that the Court deny Plaintiffs' Motion to Remand.

Respectfully submitted,

*/s/ Jorkeell Echeverria*

Jorkeell Echeverria

cc: All Counsel of Record (via ECF)

137259324.1

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.