**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-03993-HB |
| v. | |
| BLACKBAUD, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-04017-HB |
| v. | |
| ACXIOM, LLC, et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-04073-HB |
| v. | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> CARCO GROUP INC., et al., <br><br>         Defendants. | Civil Action No. 24-04077-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> TWILIO, INC., et al., <br><br>         Defendants. | Civil Action No. 24-04095-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> 6SENSE INSIGHTS, INC., et al., <br><br>         Defendants. | Civil Action No. 24-04104-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> SEARCH QUARRY, LLC, et al., <br><br>         Defendants. | Civil Action No. 24-04106-HB |

ATLAS DATA PRIVACY
CORPORATION, et al.,

              Plaintiffs,

v.

ENFORMION, et al.,

              Defendants.

Civil Action No. 24-04110-HB

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

              Plaintiffs,

v.

RED VIOLET, INC., et al.,

              Defendants.

Civil Action No. 24-04113-HB

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

              Plaintiffs,

v.

RE/MAX, LLC, et al.,

              Defendants.

Civil Action No. 24-04114-HB

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

              Plaintiffs,

v.

EPSILON DATA MANAGEMENT, LLC, et al.,

              Defendants.

Civil Action No. 24-04168-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-04182-HB |
| v. | |
| REMINE, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-04217-HB |
| v. | |
| TELTECH SYSTEMS, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-04230-HB |
| v. | |
| CORELOGIC, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 24-04299-HB |
| v. | |
| SPOKEO, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> TELNYX LLC, et al., <br><br>         Defendants. | Civil Action No. 24-04354-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> MYHERITAGE, LTD, et al., <br><br>         Defendants. | Civil Action No. 24-04392-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> WILAND, INC., et al., <br><br>         Defendants. | Civil Action No. 24-04442-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> VALASSIS DIGITAL CORP., et al., <br><br>         Defendants. | Civil Action No. 24-04770-HB |

ATLAS DATA PRIVACY
CORPORATION, et al.,

                Plaintiffs,

v.

ATDATA, LLC, et al.,

                Defendants.

Civil Action No. 24-04447-HB

ATLAS DATA PRIVACY
CORPORATION, et al.,

                Plaintiffs,

v.

PRECISELY HOLDINGS, LLC, et al.,

                Defendants.

Civil Action No. 24-04571-HB

ATLAS DATA PRIVACY
CORPORATION, et al.,

                Plaintiffs,

v.

THE LIFETIME VALUE CO. LLC, et al.,

                Defendants.

Civ. Action No. 24-04850-HB

ATLAS DATA PRIVACY
CORPORATION, et al.,

                Plaintiffs,

v.

FIRST AMERICAN FINANCIAL
CORPORATION et al.,

                Defendants.

Civ. Action No. 24-05334-HB

6

## DECLARATION OF SARAH F. HUTCHINS IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' CONSOLIDATED MOTION TO REMAND

SARAH F. HUTCHINS, being of full age, being duly sworn according to law upon her oath, deposes and says:

1.      I am an attorney-at-law of the State of North Carolina and a partner with the law firm Parker Poe Adams & Bernstein, LLP.  I am attorney of record for Blackbaud, Inc. (Case No. 24-3993-HB), which is subject to Plaintiffs' Consolidated Motion to Remand.

2.      I submit this Declaration in support of the Defendants' Supplemental Brief in Opposition Motion to Remand.  Unless otherwise noted, I have personal knowledge of the facts set forth in this Declaration.

3.      Attached hereto as **Exhibit 1** are excerpts from the transcript from the July 30, 2024 deposition of Plaintiff Atlas Data Privacy Corporation's corporate designee, Matthew Adkisson.   An unredacted version of Exhibit 1 is being temporarily filed **UNDER SEAL** in accordance with Local Civ. Rule 5.4(c)(4) to accommodate Plaintiffs' request to claim confidentiality over information contained in the documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2024

/s/ Sarah Fulton Hutchins
Sarah Fulton Hutchins