UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**                **DOCKET NO.:** 24-3993 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
BLACKBAUD, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [33] MOTION TO REMAND

Hearing on [33] Motion to Remand held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 10:00a.m.    Time Adjourned:   10:04a.m.    Total Time in Court: 0:04