## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                                      Plaintiff,

v.                                       Case No.: 1:24−cv−03993−HB
                                    Judge Harvey Bartle (EDPA), III

BLACKBAUD, INC., et al.

                                      Defendant.

Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963−0910

State No: MRS−L−243−24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                       Very truly yours,

                                                       CLERK OF COURT
                                                       By Deputy Clerk, db

encl.
cc: All Counsel